IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391-UNA<br>)<br>)<br>)<br>) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Plaintiffs Ingevity Corporation and Ingevity South Carolina, LLC, in this matter:

| | | |
|---|---|---|
| Jeffrey T. Thomas<br>Spencer W. Ririe<br>Eric T. Syu<br>GIBSON, DUNN<br>  & CRUTCHER LLP<br>3161 Michelson Dr.<br>Irvine, CA 92612 | Frederick S. Chung<br>GIBSON, DUNN<br>  & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA 94304 | Brian M. Buroker<br>GIBSON, DUNN<br>  & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 |

OF COUNSEL:
Jeffrey T. Thomas
Spencer W. Ririe
Eric T. Syu
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Dr.
Irvine, CA 92612
(949) 451-3800

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

Frederick S. Chung
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Dated: September 10, 2018

## [PROPOSED] ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Jeffrey T. Thomas, Spencer W. Ririe, Eric T. Syu, Frederick S. Chung, and Brian M. Buroker is granted.

                                                      United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: July 24, 2018

Jeffrey T. Thomas
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  (949) 451-3800
Email:  jtthomas@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: July 25, 2018

Spencer W. Ririe
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr.
Irvine, CA 92612
949-451-3985
sririe@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of New York and the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: July 24, 2018

Eric T. Syu
Gibson, Dunn & Crutcher LLP
3161 Michelson Dr
Irvine, CA 92612-4412
+1 949.451.3800
esyu@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: July 24, 2018

                                              Frederick S. Chung
                                              Gibson, Dunn & Crutcher LLP
                                              1881 Page Mill Road
                                              Palo Alto, CA 94304
                                              (650) 849-5392
                                              fchung@gibsondunn.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) Virginia, District of Columbia and U.S. Patent and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

_____
Brian M. Buroker
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
202-955-8500
bburoker@gibsondunn.com

Date:  July 25, 2018