IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>    Plaintiffs,<br><br> v.<br><br>BASF CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391 (RGA)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

    The undersigned hereby certifies that copies of: (1) *BASF Corporation's Third Set of Requests for Production (Nos. 1-57)*; and (2) *BASF Corporation's Third Set of Interrogatories (Nos. 8-13)*, were caused to be served on February 5, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jeffrey T. Thomas, Esquire<br>Spencer W. Ririe, Esquire<br>Eric T. Syu, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Brian M. Buroker, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

|  |  |
|---|---|
| OF COUNSEL:<br><br>James P. Brogan<br>Thomas J. Friel, Jr.<br>KING & SPALDING LLP<br>601 South California Avenue, Suite 100<br>Palo Alto, CA  94304<br>(650) 422-6700<br><br>Brian Eutermoser<br>Kevin Lake<br>Angela Tarasi<br>KING & SPALDING LLP<br>1515 Wynkoop Street Suite 800<br>Denver, CO  80202<br><br>February 6, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Rodger D. Smith II*<br>_____<br>Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>araucci@mnat.com<br><br>*Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 6, 2019, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey T. Thomas, Esquire<br>Taylor W. King, Esquire<br>Rustin K. Mangum, Esquire<br>Spencer W. Ririe, Esquire<br>Eric T. Syu, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Brian M. Buroker, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.
Washington, DC  20036<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)