IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 18-1391 (RGA)<br>)<br>)   █████████████████████<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT BASF CORPORATION'S MOTION FOR LEAVE TO AMEND ITS FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and D. Del. LR 15.1, Defendant BASF Corporation ("BASF") respectfully requests leave to amend its First Amended Answer, Affirmative Defenses, and Counterclaims (D.I. 65) to the Complaint (D.I. 1) to add (1) an assertion of inequitable conduct as an affirmative defense (Eighth Affirmative Defense); (2) factual allegations to the affirmative defense of unclean hands (Ninth Affirmative Defense); (3) factual allegations to the Counterclaims; (4) an assertion of a *Walker Process* fraud Counterclaim in violation of Section 2 of the Sherman Act (Counterclaim Count III); and (5) an assertion of a sham litigation Counterclaim in violation of Section 2 of the Sherman Act (Counterclaim Count IV), against Plaintiffs Ingevity Corporation and Ingevity South Carolina, LLC (collectively, "Ingevity").[1] Based on recent discovery produced by ███████ ███████ on May 6, 2019, May 28, 2019, and June 6, 2019, BASF has new information that Roger Williams, the named inventor of Ingevity's U.S. Patent No. RE38,844 (the "'844 patent"), committed inequitable conduct by making false and misleading statements to the U.S.

---

[1] Pursuant to D. Del. LR 15.1, a copy of BASF's proposed Second Amended Answer and Counterclaims is attached as <u>Exhibit A</u>. A redlined version of BASF's proposed Second Amended Answer and Counterclaims compared to the First Amended Answer and Counterclaims is attached as <u>Exhibit B</u>.

Patent Office ("PTO") during prosecution of the '844 patent, whereby Williams knew, but failed to disclose to the PTO, that ███████████████████████████████████████████████████████████████████████████████████████████████████████████████. Moreover, in opposition to BASF's Petition for *Inter Partes* Review ("IPR") before the Patent Trial and Appeal Board ("PTAB"), Ingevity and its counsel, Brian Buroker of Gibson, Dunn & Crutcher LLP, submitted a response on February 14, 2019—the same date on which BASF filed its First Amended Answer and Counterclaims—that repeated the misrepresentation of the state of the art as of the '844 patent's priority date, November 21, 2001.

As set forth more fully in the Brief in Support filed herewith, BASF has acted to amend as soon as practicable after receipt of ███████ recent productions on May 6, 2019, May 28, 2019, and June 6, 2019. Furthermore, BASF sought consent from Ingevity's counsel, and provided a copy of the Second Amended Answer and Counterclaims to opposing counsel, but Ingevity's counsel denied consent on July 19, 2019.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Thomas J. Friel, Jr.<br>KING & SPALDING LLP<br>601 California Street, Suite 100<br>Palo Alto, CA 94304<br>(650) 422-6700<br><br>James P. Brogan<br>Brian Eutermoser<br>Angela Tarasi<br>Kevin Lake<br>Mikaela Stone<br>KING & SPALDING LLP<br>1515 Wynkoop Street, Suite 800<br>Denver, CO 80202<br>(720) 535-2300<br><br>Bobby R. Burchfield<br>Norman Armstrong, Jr.<br>Christopher C. Yook<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 737-0500<br><br>July 23, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br><br>Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br>araucci@mnat.com<br><br>*Attorneys for Defendant BASF Corporation* |

## CERTIFICATION PURSUANT TO D. DEL. LR 7.1.1

Counsel for Defendant BASF Corporation certifies that the parties have satisfied their meet-and-confer obligations pursuant to D. Del. LR 7.1.1 in connection with this Motion. On July 10, 2019, counsel for Defendant provided an unredacted copy of the Second Amended Answer and Counterclaims to counsel for Plaintiffs and requested a response as to whether Plaintiffs consented to the relief requested by Defendant in this Motion.

On the afternoon of July 18, 2019, counsel for Defendant sent counsel for Plaintiffs a follow-up email, requesting a response as to whether Plaintiffs consented to Defendant's motion for leave to amend. Counsel for Plaintiffs responded on July 19, 2019, indicating that Plaintiffs will oppose this Motion.

/s/ *Anthony D. Raucci*
Anthony D. Raucci (#5948)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>BASF CORPORATION,<br><br>   Defendant. | C.A. No. 18-1391 (RGA) |

**[PROPOSED] ORDER GRANTING DEFENDANT BASF CORPORATION'S MOTION FOR LEAVE TO AMEND ITS FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

 Before the Court is Defendant BASF Corporation's Motion for Leave to Amend its First Amended Answer, Affirmative Defenses, and Counterclaims. The Court, having considered Defendant's Motion, the parties' briefing, and the relevant authorities, finds that Defendant's Motion should be GRANTED.

 IT IS SO ORDERED

Dated: _____        _____
                           THE HONORABLE RICHARD G. ANDREWS
                           UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 23, 2019, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeffrey T. Thomas, Esquire<br>Taylor W. King, Esquire<br>Rustin K. Mangum, Esquire<br>Spencer W. Ririe, Esquire<br>Eric T. Syu, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Brian M. Buroker, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.
Washington, DC 20036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)