IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and <br> INGEVITY SOUTH CAROLINA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> BASF CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 18-1391 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Expert Report of James M. Lyons Regarding the Invalidity and Unenforceability of U.S. Patent No. RE38,844*; and (2) *Expert Report of Divya Mathur, Ph.D.*, were caused to be served on February 14, 2020, upon the following in the manner indicated:

Karen E. Keller, Esquire                                              *VIA ELECTRONIC MAIL*
Nathan R. Hoeschen, Esquire
Jeffrey T. Castellano, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Plaintiffs*

Jeffrey T. Thomas, Esquire                                          *VIA ELECTRONIC MAIL*
Frank P. Coté, Esquire
Eric T. Syu, Esquire
Taylor W. King, Esquire
Nathaniel R. Scharn, Esquire
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612
*Attorneys for Plaintiffs*

Brian M. Buroker, Esquire                                              *VIA ELECTRONIC MAIL*
Omar F. Amin, Esquire
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
*Attorneys for Plaintiffs*

Stuart M. Rosenberg, Esquire                                           *VIA ELECTRONIC MAIL*
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Plaintiffs*

Rustin K. Mangum, Esquire                                              *VIA ELECTRONIC MAIL*
Spencer W. Ririe, Esquire
MANGUM RIRIE LLP
999 Corporate Drive, Suite 260
Ladera Ranch, CA  92694
*Attorneys for Plaintiff*

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Rodger D. Smith II* |
| Thomas J. Friel, Jr. | |
| KING & SPALDING LLP | Rodger D. Smith II (#3778) |
| 601 South California Avenue, Suite 100 | Anthony D. Raucci (#5948) |
| Palo Alto, CA  94304 | 1201 North Market Street |
| (650) 422-6700 | P.O. Box 1347 |
| | Wilmington, DE  19899 |
| James P. Brogan | (302) 658-9200 |
| Brian Eutermoser | rsmith@mnat.com |
| Kevin Lake | araucci@mnat.com |
| Angela Tarasi | |
| Mikaela Stone | *Attorneys for Defendant BASF Corporation* |
| KING & SPALDING LLP | |
| 1515 Wynkoop Street Suite 800 | |
| Denver, CO  80202 | |

2

Bobby R. Burchfield
Norman Armstrong, Jr.
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC  20006

Joseph D. Eng., Jr.
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY  10036-2601
(212) 556-2205

February 18, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 18, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Jeffrey T. Castellano, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeffrey T. Thomas, Esquire<br>Frank P. Coté, Esquire<br>Eric T. Syu, Esquire<br>Taylor W. King, Esquire<br>Nathaniel R. Scharn, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA  92612<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Brian M. Buroker, Esquire<br>Omar F. Amin, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

Stuart M. Rosenberg, Esquire  VIA ELECTRONIC MAIL
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiffs*

Stuart M. Rosenberg, Esquire  VIA ELECTRONIC MAIL
GIBSON DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiffs*

Rustin K. Mangum, Esquire  VIA ELECTRONIC MAIL
Spencer W. Ririe, Esquire
MANGUM RIRIE LLP
999 Corporate Drive, Suite 260
Ladera Ranch, CA 92694
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　*/s/ Rodger D. Smith II*

　　　　　　　　　　　　　　　　　　　　Rodger D. Smith II (#3778)