

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

July 1, 2020

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    C.A. No. 18-1391-RGA, *Ingevity Corp. & Ingevity South Carolina LLC v. BASF Corp.*

Dear Judge Andrews:

    Pursuant to D. Del. L. R. 7.1.4, plaintiffs Ingevity Corp. and Ingevity South Carolina LLC ("Ingevity") respectfully request oral argument on Ingevity's motion for summary judgment and to exclude expert testimony (D.I. 291).

    Briefing on Ingevity's motion is complete, and the parties' submissions may be found at Docket Items 293, 294, 295, 305, 307, 317, 318, and 319.

                                         Respectfully submitted,

                                         */s/ Jeff Castellano*

                                         Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF and e-mail)