IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BASF CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1391 (RGA)<br>)<br>)<br>)<br>)<br>) |

## SECOND STIPULATION FOLLOWING PRE-TRIAL CONFERENCE

WHEREAS, on August 28, 2020, the Court held a pretrial conference in this matter in which Plaintiffs Ingevity Corporation and Ingevity South Carolina, LLC (collectively, "Ingevity") and Defendant BASF Corporation ("BASF") appeared;

WHEREAS, the Court has rescheduled the patent jury trial in this matter for January 4, 2021, and set a status conference for 10:00 a.m. on December 14, 2020;

WHEREAS, at the pretrial conference the Court directed Ingevity to reduce the number of asserted claims to eight and BASF to reduce the number of asserted invalidity defenses to three;

WHEREAS, the Court issued its Order After Pretrial Conference on August 28, 2020, stating that the Proposed Pretrial Order is "ADOPTED as modified by any discussion at the pretrial conference," whereby the Court reiterated in the Order "its direction that the number of asserted claims and the number of invalidity defenses at trial be reduced" (D.I. 370);

WHEREAS, on September 14, 2020, Ingevity reduced the number of asserted claims from 15 to 8;

WHEREAS, on October 2, 2020, BASF narrowed its invalidity defenses to those it will present at trial;

WHEREAS, in a Scheduling Order dated October 1, 2020, the Court stated that Ingevity "probably doesn't need eight asserted claims," that BASF "will have to pare down the invalidity defenses it plans to present to the jury," and that "paring down is at least on the radar" (D.I. 396); and

WHEREAS, the parties disagree on how to interpret the Court's directions regarding case narrowing and the appropriate timing for doing so, and whether BASF's October 2, 2020 narrowing complies with the Court's directions;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the parties will request that the Court adjudicate the parties' dispute via the following procedure:  BASF will file a single-spaced, three-page opening letter on October 15, 2020; Ingevity will file a single-spaced, three-page responsive letter on October 20, 2020; and BASF will file a single-spaced, one-page reply letter on October 23, 2020.

| | |
|---|---|
| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen E. Keller* | */s/ Rodger D. Smith II* |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (#4489) | Anthony D. Raucci (#5948) |
| Jeff Castellano (#4837) | 1201 North Market Street |
| Nathan R. Hoeschen (#6232) | P.O. Box 1347 |
| I.M. Pei Building | Wilmington, DE 19899 |
| 1105 N. Market Street, 12th Floor | (302) 658-9200 |
| Wilmington, DE 19801 | rsmith@mnat.com |
| (302) 298-0700 | araucci@mnat.com |
| jshaw@shawkeller.com | *Attorneys for Defendant BASF Corporation* |
| kkeller@shawkeller.com | |
| jcastellano@shawkeller.com | |
| nhoeschen@shawkeller.com | |
| *Attorneys for Plaintiffs* | |

October 15, 2020

SO ORDERED this ___ day of October 2020.

_____
UNITED STATES DISTRICT JUDGE