IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BASF CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 18-1391 (RGA)<br><br>REDACTED - PUBLIC VERSION<br>Original filing date: March 9, 2021<br>Redacted filing date: March 16, 2021 |

**COUNTERCLAIM PLAINTIFF BASF CORPORATION'S MOTION FOR SUMMARY JUDGMENT AND TO EXCLUDE OPINIONS OF DR. MOHAN RAO**

Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Evidence 702, Defendant/Counterclaim Plaintiff BASF Corporation moves for summary judgment and for the exclusion of Plaintiffs/Counterclaim Defendants Ingevity Corporation and Ingevity South Carolina, LLC's ("Ingevity") expert opinions as follows:

1. Ingevity has engaged in anticompetitive tying in violation of the antitrust laws (Sections 1 and 2 of the Sherman Act) by requiring customers to purchase its carbon adsorbents in order to receive licenses to the '844 patent.

2. Ingevity's exclusive long-term supply agreements with customers are anticompetitive and violate the antitrust laws (Sections 1 and 2 of the Sherman Act, and Section 3 of the Clayton Act).

3. Ingevity tortiously interfered with BASF's prospective business relations through a series of actions that coerced customer ▓▓▓▓ into accepting an exclusive long-term supply agreement with Ingevity.

4. Ingevity's economist Dr. Mohan Rao's opinion that Ingevity's anticompetitive behavior allowed it to obtain returns on investments should be excluded because such rationale is not a valid procompetitive justification.

5. Dr. Rao's calculations of BASF's damages should be excluded because, as he concedes, they are unsupported by any factual bases in the record and would also mislead the jury.

The grounds for BASF's motions are set forth in its contemporaneously filed opening brief and supporting papers.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Rodger D. Smith II* |
| OF COUNSEL: | Rodger D. Smith II (#3778)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street |
| Thomas J. Friel, Jr.<br>KING & SPALDING LLP<br>601 South California Avenue, Suite 100<br>Palo Alto, CA  94304<br>(650) 422-6700 | P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>rsmith@mnat.com<br>araucci@mnat.com |
| James P. Brogan<br>Brian Eutermoser<br>Kevin Lake<br>Angela Tarasi<br>Mikaela Stone<br>KING & SPALDING LLP<br>1400 16th Street<br>16 Market Square, Suite 400<br>Denver, CO  80202<br>(720) 535-2310 | *Attorneys for Defendant BASF Corporation* |

Bobby R. Burchfield
Norman Armstrong, Jr.
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC  20006

Joseph D. Eng., Jr.
KING & SPALDING LLP
1185 Avenue of the Americas, 35th Floor
New York, NY  10036-2601
(212) 556-2205

March 9, 2021

2