IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 18-1391-RGA |
| BASF CORPORATION, | : |
| Defendant. | : |

**MEMORANDUM ORDER RE: PROPOSED PRETRIAL ORDER**

I have reviewed the proposed pretrial order. The parties are requested to consider the following in advance of the pretrial conference.

¶¶ 28 & 29 and elsewhere. It does not appear that it makes any difference to the issues the jury has to decide whether there are one or two Ingevity defendants. Is there any reason the parties cannot agree to use one entity as the defendant?

¶ 62. BASF's trial exhibits should use the designation PX, and Ingevity's should use DX. The parties should agree on a procedure so that exhibits on both sides' lists are "deduplicated."

¶¶ 70-71. The parties should meet and confer on these disputes. To the extent they remain by the COB on August 18, the parties should submit letters by 4 p.m. on August 19 in support of their positions.

¶ 74. The Court expects the live witnesses to be in person, not by video.

¶ 113. The Court agrees with BASF's proposal, but hopes that Ingevity will be referred to as "Defendant."

¶ 117. The Court advises the parties that they should not admit portions of exhibits that exceed what is "published or presented" in Court. If they do, they should expect that the public will have a right of access to whatever is actually admitted into evidence.

¶ 118. The Court expects to delete this paragraph. The Court does not expect to exclude anyone from the courtroom.

IT IS SO ORDERED this 11th day of August 2021.

*[signature]*
United States District Judge