IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, INGEVITY SOUTH CAROLINA, LLC,<br><br>    Plaintiffs-Counterclaim Defendants,<br><br>  v.<br><br>BASF CORPORATION,<br><br>    Defendant-Counterclaim Plaintiff. | Case No. 18-1391-RGA |

## DECLARATION OF ED WOODCOCK

I, Ed Woodcock, declare as follows:

1. I am an Executive Vice President at Plaintiff Ingevity Corp. ("Ingevity"), where I also serve as President of Ingevity's Performance Materials division.

2. I make this declaration based on my personal knowledge. If sworn as a witness, I could and would testify to the matters referred to below.

3. Exhibit D16 in Ingevity's Table of Exhibits in Support of Ingevity's Motions in Limine (reproduced as Exhibit P2-J in BASF's Appendix in Support of BASF's Motion in Limine No. 2) is Ingevity's supply agreement with Kayser. Exhibit D17 in Ingevity's Table of Exhibits in Support of Ingevity's Motions in Limine (reproduced as Exhibit P2-K in BASF's Appendix in Support of BASF's Motion in Limine No. 2) is Ingevity's supply agreement with Delphi.

4. I was personally involved in the negotiation of these agreements with Kayser and Delphi.

1

5.   The terms and provisions of both supply agreements are not publicly known currently and the pricing information and contract provisions on those agreements are also not public.

6.   Public disclosure of the terms and provisions of these agreements, including the quoted prices, would be damaging to Ingevity and to Kayser and Delphi since other Tier-1 customers of Ingevity (which compete with Kayser and Delphi) do not know the prices or terms of these supply agreements.

7.   Since Tier-1 companies such as Kayser and Delphi submit confidential bids for vehicle platforms to the OEMs, revealing the price of a key component in both companies' bids would significantly affect Kayser's and Delphi's competition for business. Similarly, public disclosure of the terms and provisions of these agreements, including the quoted prices, would be damaging to Ingevity's relationships with its other customers who do not have supply agreements with Ingevity.

8.   While Ingevity understands that these agreements may become part of the evidentiary record at trial that is scheduled for September 7, 2021, it is my understanding that not all terms and provisions of these agreements, including the quoted prices, will necessarily be publicly disclosed at trial.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 19, 2021        By: _____
                                  Ed Woodcock