IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 18-1391-RGA |
| BASF CORPORATION, | : |
| Defendant. | : |

**ORDER**

The parties have submitted hundreds of pages of redacted versions of recent filings. (D.I. 515-519). There is one two-page declaration from an Ingevity employee submitted in connection with them. Needless to say, the two-page declaration is pretty limited; the redactions throughout the documents greatly exceed what is conceivably justified by the declaration. The five redacted versions are **STRUCK**.

The parties are to submit within one week revised versions in which the parties make no redactions other than what is justified by specific declarations supporting each and every redaction. The parties are to submit the proposed redactions with yellow highlighting for easy viewing of what has been redacted.

Since the parties do not appear to understand that this is not private litigation, the Court expects that it will do one of three things after receiving the re-redacted versions. One, approve them if the parties appear to be trying recognize the public right of access. Two, reject them and immediately unseal the submissions in their entirety even if there are some redactions that are justified. Or, three, appoint a Special Master to review the proposed redactions.

IT IS SO ORDERED this 23 day of August 2021.

_____
United States District Judge