IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGEVITY CORPORATION, et al.,     :
                                  :

          Plaintiffs,     :

                                  :

          v.          :        Civil Action No. 18-1391-RGA

                                  :

BASF CORPORATION,     :

                                  :

          Defendant.     :

## TRIAL VERDICT

The jury having deliberated on BASF's counterclaims, and having reached a verdict,

judgment is entered for BASF and against Ingevity on Counterclaims Count I (exclusive dealing)

and Count II (tying) in the amount of $28,285,714, and on Count III (tortious interference with

prospective business relations) in the amount of $16,483,475.  These sums are not cumulative,

meaning that the total amount of the verdict is $28,285,714.

IT IS SO ORDERED this 15th day of September 2021.

                                      /s/ Richard G. Andrews
                                      _____
                                      United States District Judge