IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>       Plaintiffs and Counterclaim<br>       Defendants,<br><br>  v.<br><br>BASF CORPORATION,<br><br>       Defendant and<br>       Counterclaim Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391 (RGA)<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This _____ day of October 2021, the Court having held a jury trial from September 7 through September 15, 2021, and the jury having rendered a unanimous verdict, pursuant to Federal Rule of Civil Procedure 58(b)(2), IT IS HEREBY ORDERED that:

1. Judgment is entered on the sole count of the complaint (D.I. 1), for infringement of U.S. Patent No. RE38,844, in favor of BASF Corporation and against Ingevity Corporation and Ingevity South Carolina, LLC, for the reasons set forth in the Court's Memorandum Opinion and Order dated November 17, 2020 (D.I. 419), namely, that all asserted claims of the '844 patent (claims 1, 4, 11, 18, 19, 24, 43, and 48) are invalid based on prior invention.

2. Judgment is entered on Counts 1 and 2 of the counterclaims (D.I. 65), for tying in violation of sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, and exclusive dealing in violation of sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1, 2, and section 3 of the Clayton Act, 15 U.S.C. § 14, for BASF Corporation and against Ingevity Corporation and Ingevity South Carolina, LLC, in the amount of $84,857,142.

3. Judgment is entered on Count 3 of the counterclaims (D.I. 65), for tortious interference with prospective business relations in violation of Delaware state law, for BASF Corporation and against Ingevity Corporation and Ingevity South Carolina, LLC, in the amount of $16,483,475. BASF states that it will file a motion seeking prejudgment interest on this amount.

4. These sums are not cumulative, meaning the total amount of this judgment in favor of BASF Corporation and against Ingevity Corporation and Ingevity South Carolina, LLC, is $84,857,142.

5. This amount shall accrue postjudgment interest pursuant to 28 U.S.C. § 1961 from the date below until the judgment is paid in full.

So ORDERED and SIGNED on this \_\_\_\_ day of October 2021.

_____
United States District Judge