IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGEVITY CORPORATION, and | ) | |
| INGEVITY SOUTH CAROLINA, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-1391-RGA |
| | ) | |
| BASF CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF WITHDRAWAL OF CERTAIN PRO HAC VICE COUNSEL</u>**

PLEASE TAKE NOTICE that Taylor W. King and Eric T. Syu of the firm Gibson,

Dunn & Crutcher LLP hereby withdraw as counsel of record for Plaintiffs Ingevity

Corporation and Ingevity South Carolina, LLC ("Ingevity"). Counsel of record for Ingevity

otherwise remains the same.

<div style="margin-left:50%">

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Plaintiffs*

</div>

OF COUNSEL:
Jeffrey T. Thomas
Frank P. Coté
Blaine H. Evanson
Nathaniel R. Scharn
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Brian M. Buroker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Rod J. Stone
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7256

Rustin K. Mangum
Spencer W. Ririe
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

Dated: October 21, 2021