# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Rodger D. Smith II
(302) 351-9205
araucci@morrisnichols.com

December 2, 2022

The Honorable Richard G. Andrews　　　　　　　　　*VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

> Re:  *Ingevity Corporation v. BASF Corporation*,
>      C.A. No. 18-1391 (RGA)

Dear Judge Andrews:

Defendant BASF is writing to respectfully inquire concerning the status of the pending proposed findings of fact and conclusions of law and whether the parties can provide any additional information or argument to assist the Court in resolving the outstanding issues.

By way of background, on September 15, 2021, the jury rendered a verdict in favor of BASF on its counterclaims in the amount of $28,285,714, which is subject to trebling under the antitrust laws. On October 5, 2021, the parties submitted a joint letter regarding appropriate next steps (D.I. 572). BASF contended that all issues in the case had been submitted to and decided by the jury and asked the Court to enter judgment pursuant to Rule 58. Ingevity contended that before entering judgment, the Court had to issue findings of fact and conclusions of law under Rule 52 on Ingevity's defenses of patent-enforcement and *Noerr-Pennington* immunity. On October 7, 2021, the Court issued a Memorandum Order agreeing with Ingevity and setting a briefing schedule for proposed findings of fact and conclusions of law on "the 'immunity' issues" (D.I. 573). The Order also stated that "[a]fter the Court makes the findings of fact and conclusions of law and has entered a judgment" – which the Court hoped to do "expeditiously" – "BASF may file its motion relating to prejudgment interest and Ingevity may file its post-trial motions." Briefing on the proposed findings and conclusions was complete on November 11, 2021.

As more than a year has passed since the briefing was completed, BASF respectfully wishes to inquire concerning the status of this matter and whether the Court requires anything further from the parties at this time. BASF stands ready to appear for a status conference if the Court would find one helpful.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II

cc:  All Counsel of Record (via electronic mail)