IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>BASF CORPORATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391-RGA<br>)<br>)<br>)<br>) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Brian Yang of Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, CA 92612 to represent Ingevity Corporation and Ingevity South Carolina, LLC.

|  |  |
|---|---|
|  | */s/ Karen E. Keller*<br>Karen E. Keller (No. 4489)<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* |
| OF COUNSEL:<br>Jeffrey T. Thomas<br>Frank P. Coté<br>Blaine H. Evanson<br>Nathaniel R. Scharn<br>Brian Yang<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>(949) 451-3800 | |

Brian M. Buroker
Vladimir J. Semendyai
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Rod J. Stone
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7256

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Rustin K. Mangum
Spencer W. Ririe
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

Dated: June 13, 2023

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Brian Yang is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Date: June 13, 2023

Brian Yang
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800
byang2@gibsondunn.com