IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>           Plaintiffs,<br><br>      v.<br><br>BASF CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-1391-RGA<br>)<br>)<br>)<br>) |

**INGEVITY'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**

Defendant Ingevity Corporation ("Ingevity") renews its motion for judgment as a matter of law on Plaintiff BASF Corporation's ("BASF") claims for tying, exclusive dealing, and tortious interference with prospective business relations and corresponding award of compensatory damages pursuant to Federal Rule of Civil Procedure 50(b) and to thus have the Court set aside the Judgment entered on May 18, 2023 (D.I. 585), set aside the verdict rendered on September 15, 2021, withdraw and set aside the verdict entered on the docket at D.I. 551, 553 and 554, and enter judgment for Ingevity on all of BASF's claims.  In the alternative, Ingevity moves the Court to set aside the Judgment entered on May 18, 2023 (D.I. 585), set aside the verdict rendered on September 15, 2021, and withdraw and set aside the verdict entered on the docket at D.I. 551, 553 and 554 and order a new trial pursuant to Federal Rule of Civil Procedure 59(a).  Support for Ingevity's Renewed Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial may be found in Ingevity's brief filed simultaneously herewith.

OF COUNSEL:
Jeffrey T. Thomas
Frank P. Coté
Blaine H. Evanson
Nathaniel R. Scharn
Brian Yang
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Brian M. Buroker
Vladimir J. Semendyai
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Rod J. Stone
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7256

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Rustin K. Mangum
Spencer W. Ririe
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

Dated: June 15, 2023

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for Plaintiffs*