IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BASF CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391-RGA<br>)<br>)<br>)<br>) |

**NOTICE OF LODGING OF AMENDED SUPERSEDEAS BOND**

    PLEASE TAKE NOTICE that Defendant Ingevity Corporation ("Ingevity") hereby lodges with the Court an amended bond that complies with the condition set forth in the Court's Order Approving Bond and Stay of Any Execution or Enforcement of the Judgment by Bond (*see* D.I. 592) in the amount of $88,887,856.25. Specifically, the amended bond being lodged with this Notice amends the bond lodged originally such that the phrase "and, to the extent necessary, appealed from the Judgment entered in the above-captioned action to the United States Court of Appeals for the Federal Circuit" is deleted from the sentence beginning "The condition of this bond is such that … " and the amended bond is being lodged with the Court within fourteen (14) days of that Order (D.I. 592).

    The amended bond constitutes the original bond lodged by Ingevity on June 12, 2023 (D.I. 588, Exhibit A) (a true and accurate copy of which is reattached hereto as Exhibit A) in combination with the amendment, a true and accurate copy of which is attached hereto as Exhibit B. Ingevity conferred with BASF and BASF agreed that the amendment complied with the Court's order. Because this lodging meets both of the Order's conditions, the stay of any enforcement of

1

the Judgment (D.I. 585), and any proceedings to enforce judgment, by execution or otherwise, until the earlier of (a) thirty (30) days after the date of a decision by this Court finally deciding all issues in Ingevity's consolidated motion under Federal Rules of Civil Procedure 50 and 59 to be filed on June 15, 2023 (*see* D.I. 573) or (b) one year from the date of entry of the Judgment (i.e., May 18, 2024) shall continue.

|  |  |
|---|---|
| | /s/ *Karen E. Keller* |
| | Karen E. Keller (No. 4489) |
| | John W. Shaw (No. 3362) |
| | Nathan R. Hoeschen (No. 6232) |
| | Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: | SHAW KELLER LLP |
| Jeffrey T. Thomas | I.M. Pei Building |
| Frank P. Coté | 1105 North Market Street, 12th Floor |
| Blaine H. Evanson | Wilmington, DE 19801 |
| Nathaniel R. Scharn | (302) 298-0700 |
| Brian Yang | jshaw@shawkeller.com |
| GIBSON, DUNN & CRUTCHER LLP | kkeller@shawkeller.com |
| 3161 Michelson Drive | nhoeschen@shawkeller.com |
| Irvine, CA 92612 | edibenedetto@shawkeller.com |
| (949) 451-3800 | |
| | *Attorneys for Plaintiffs* |
| Brian M. Buroker | |
| Vladimir J. Semendyai | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1050 Connecticut Avenue, N.W. | |
| Washington, DC 20036 | |
| (202) 955-8500 | |
| | |
| Rod J. Stone | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 333 S. Grand Avenue | |
| Los Angeles, CA 90071 | |
| (213) 229-7256 | |
| | |
| Stuart M. Rosenberg | |
| GIBSON, DUNN & CRUTCHER LLP | |
| 1881 Page Mill Road | |
| Palo Alto, CA 94304 | |
| (650) 849-5300 | |

Rustin K. Mangum
Spencer W. Ririe
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

Dated: June 23, 2023