# Exhibit A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BASF CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>INGEVITY CORPORATION,<br><br>    Defendant. | C.A. No. 18-1391-RGA<br><br>Bond # K13562969 |

### SUPERSEDEAS BOND

We, INGEVITY CORPORATION, as Principal, and Federal Insurance Company, as Surety, are held and firmly bound to pay BASF CORPORATION the sum of Eighty Eight Million Eight Hundred Eighty Seven Thousand Eight Hundred Fifty Six and 25/100 dollars ($88,887,856.25) for the payment of which we bind ourselves, our heirs, successors, and assigns, jointly and severally, subject to the terms and conditions set forth below.

The condition of this bond is such that the Principal has filed post-trial motions asking the Court to set aside the Judgment and/or award a new trial in the above captioned action by June 15, 2023, which stays the deadline for filing an appeal to the United States Court of Appeals for the Federal Circuit until the Court decides those post-trial motions, and, to the extent necessary, appealed from the Judgment entered in the above-captioned action to the United States Court of Appeals for the Federal Circuit. If the Principal prosecutes its appeal to full and final effect, and if the Principal satisfies any money judgment in full, including, if allowed by law, costs, interest, and damages for the delay if said Judgment is affirmed, or satisfies in full such Judgment as reduced, modified, or amended including, if allowed by law, costs, interest, and damages as

adjudged and awarded, then this obligation shall be null and void. Otherwise, this bond is to remain in full force and effect; provided, however, that the aggregate liability of the surety shall not exceed Eighty Eight Million Eight Hundred Eighty Seven Thousand Eight Hundred Fifty Six and 25/100 dollars ($88,887,856.25).

Signed and Sealed this __8th__ day of __June__, 2023.

SURETY:



Federal Insurance Company

By: Tina Foster, Attorney-In-Fact

PRINCIPAL:



Ingevity Corporation

By: Mary N. Hall
Title: EVP, Chief Financial Officer

2

# CHUBB

## Power of Attorney

**Federal Insurance Company | Vigilant Insurance Company | Pacific Indemnity Company**
**Westchester Fire Insurance Company | ACE American Insurance Company**

**Know All by These Presents**, that FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY corporations of the Commonwealth of Pennsylvania, do each hereby constitute and appoint **Tina Foster, Danielle D. Johnson, Jeremy C. Rose, Richard C. Rose and Autumn Schneider of Knoxville, Tennessee**——

each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof**, said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY have each executed and attested these presents and affixed their corporate seals on this 20th day of January, 2022.

Dawn M. Chloros, Assistant Secretary

Stephen M. Haney, Vice President

**STATE OF NEW JERSEY**
**County of Hunterdon** ss.

On this 20th day of January, 2022 before me, a Notary Public of New Jersey, personally came Dawn M. Chloros and Stephen M. Haney, to me known to be Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY, the companies which executed the foregoing Power of Attorney, and the said Dawn M. Chloros and Stephen M. Haney, being by me duly sworn, severally and each for herself and himself did depose and say that they are Assistant Secretary and Vice President, respectively, of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY and know the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of said Companies; and that their signatures as such officers were duly affixed and subscribed by like authority.

Notarial Seal



KATHERINE J. ADELAAR
NOTARY PUBLIC OF NEW JERSEY
No. 2316685
Commission Expires July 16, 2024

Notary Public

### CERTIFICATION

Resolutions adopted by the Boards of Directors of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY on August 30, 2016; WESTCHESTER FIRE INSURANCE COMPANY on December 11, 2006; and ACE AMERICAN INSURANCE COMPANY on March 20, 2009:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into in the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such person's written appointment as such attorney-in-fact.

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to delegate in writing to any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested."

I, Dawn M. Chloros, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, PACIFIC INDEMNITY COMPANY, WESTCHESTER FIRE INSURANCE COMPANY and ACE AMERICAN INSURANCE COMPANY (the "Companies") do hereby certify that

(i) the foregoing Resolutions adopted by the Board of Directors of the Companies are true, correct and in full force and effect,
(ii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Whitehouse Station, NJ, this **June 8, 2023**

Dawn M. Chloros, Assistant Secretary

IN THE EVENT YOU WISH TO VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT:
Telephone (908) 903-3493   Fax (908) 903-3656   e-mail: surety@chubb.com

Combined: FED-VIG-PI-WFIC-AAIC (rev. 11-19)