IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION, and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>BASF CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1391-RGA<br>)<br>)<br>)<br>) |

### NOTICE OF LODGING DEMONSTRATIVES FROM THE JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs and Counterclaim Defendants Ingevity Corporation and Ingevity South Carolina, LLC (collectively, "Ingevity"), to ensure that the Federal Circuit on appeal has access to demonstratives that were presented to the jury during the jury trial held on September 7–10, 2021, and September 13–15, 2021, before the Honorable Richard G. Andrews, hereby lodge the following demonstratives which were displayed to the jury. Copies were provided to the Court at trial.

1. September 7, 2021: Ingevity's Opening Demonstratives, Slides DDX-1.0–DDX-1.47, attached hereto as Exhibit 1.

2. September 7, 2021: BASF's Opening Demonstratives, Slides PDX-001.1–PDX-001.70, attached hereto as Exhibit 2.

3. September 9–10, 2021: Mathur Direct Demonstratives, Slides PDX-002.1–PDX-002.94, attached hereto has Exhibit 3.

4. September 9–10, 2021: Mathur Direct Demonstratives, Slides PDX-003.1–PDX-003.30, attached hereto as Exhibit 4.

5. September 10, 2021: Rockstraw Direct Demonstratives, Slides DDX-2.0–DDX-2.14, attached hereto as Exhibit 5.

6. September 10, 2021: Rao Direct Demonstratives, Slides DDX-3.0–DDX-3.35, attached hereto as Exhibit 6.

7. September 14, 2021: BASF's Closing Demonstratives, Slides PDX-004.1–PDX-004.65, attached hereto as Exhibit 7.

8. September 14, 2021: Ingevity's Closing Demonstratives, Slides DDX-4.0–DDX-4.94, attached hereto as Exhibit 8.

|  | /s/ Karen E. Keller |
|---|---|
| | Karen E. Keller (No. 4489) |
| | John W. Shaw (No. 3362) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | SHAW KELLER LLP |
| Jeffrey T. Thomas | I.M. Pei Building |
| Frank P. Coté | 1105 North Market Street, 12th Floor |
| Blaine H. Evanson | Wilmington, DE 19801 |
| Nathaniel R. Scharn | (302) 298-0700 |
| Brian Yang | jshaw@shawkeller.com |
| GIBSON, DUNN & CRUTCHER LLP | kkeller@shawkeller.com |
| 3161 Michelson Drive | nhoeschen@shawkeller.com |
| Irvine, CA 92612 | *Attorneys for Plaintiffs* |
| (949) 451-3800 | |

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Brian M. Buroker
Vladimir J. Semendyai
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Rod J. Stone
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7256

Rustin K. Mangum
Spencer W. Ririie
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

J. Wesley Earnhardt
Sharonmoyee Goswami
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
(212) 474-1928

Dated: March 12, 2024