# Exhibit 4

# BASF
# v.
# Ingevity

Divya Mathur, Ph.D.

PDX-003.1

# Tying

# Tying – Two Products

## One Product



## Two Products





PDX-003.3



**Stefan Schutte**
CEO



Q.  -- Mr. Bunzendahl writes, "As you know, <mark>we believe in the product of BASF and want to use it in our system."</mark> Do you -- do you see that?

A.  Yes.

Q.  And was that an accurate statement in your review as of November 2018?

A.  Yes.

Q.  Is that still accurate sitting here today?

A.  For me, that hasn't changed. The product performs extremely good, and, therefore, <mark>it would be a -- a very attractive product for Kayser to use on the canisters.</mark>

Deck title4

# Exclusive Dealing

# Exclusive Dealing: Ingevity's Long-Term Supply Agreements



PDX-003.6

## Canister Manufacturers With Supply Agreements







## Canister Manufacturers Without Supply Agreements

















## Canister Manufacturers With Supply Agreements



25%

17%

9%

## Canister Manufacturers Without Supply Agreements








5%

10%

0.2%

8%

3%

0.45%

4%

5%



PDX-003.9



# Honeycombs Are Sold to the Canister Manufacturers



| Honeycomb Suppliers | Fuel Canister Manufacturers | Car Makers |





















PDX-003.11

# Honeycombs Are Sold to the Canister Manufacturers




## Honeycomb Suppliers

## Fuel Canister Manufacturers

## Car Makers

**BASF**

**ingevity®**












PDX-003.12

# Dr. Rao's Claimed "Benefits" of Exclusive Agreements

**1** Lower Prices

**2** Supply Guarantees

**3** Purchase Commitments

DDX-3.8

PDX-003.13

# Dr. Rao's Claimed "Benefits" of Exclusive Agreements



**1** ~~Lower Prices~~

**2** Supply Guarantees

**3** Purchase Commitments

# Dr. Rao's Claimed "Benefits" of Exclusive Agreements



# Ingevity's Investments and Profits from Carbon Adsorbent Sales



# Dr. Rao's Claimed "Benefits" of Exclusive Agreements



# "Make Whole" Payments Would Be Substantial

| | |
|---|---|
| **Delphi** | **$32 million** |
| **Kayser** | **$10 million** |
| **KFTC** | **$11 million** |

PDX-003.18

# Ingevity Knew Customers Would Be Locked In



"Reversion payment <mark>guarantees</mark> no walk away by Delphi post-patent"



"<mark>Guarantee</mark> volume and price stability with key customers for 9 years"



"a requirement of Ingevity's upper management to <mark>guarantee</mark> HCA volume post 2022"

PX-0062.003; JX-0015.017; PX-59.002

PDX-003.19

# Damages

# Dr. Rao's Claims Regarding Damages

**1** Fails to account for Ingevity's patent infringement lawsuit

**2** Model is based on unsupported assumptions

**3** Assumes 100% probability of success by BASF

**4** Fails to account for changes in the automotive industry

DDX-3.14

PDX-003.21

**January 18, 2018**
Email from P. McCrae to R. Williams; "Awesome" Email
PX-0070

**February 26, 2018**
BASF and Kayser execute sales agreement
PX-0077

**Spring 2018**
Ingevity CEO visits Kayser
DX-0048.010

**July 2018**
Ingevity sues BASF

**November 2018**
Ingevity/Kayser LTA negotiations break down; Ingevity increases Kayser's prices for HCAs; "Send the burn"
PX-0113

**February 2019**
Ingevity continues to pressure Kayser to sign the LTA
PX-0124

**March 2019**
Kayser continues to engage with BASF but expresses concern of retaliation from Ingevity
PX-0126

**June 2019**
Ingevity imposes unprecedented second price increase on Kayser effective 8/1/2019
PX-0134

**January 16, 2020**
Ingevity and Kayser execute LTA
JX-0025

| **2018** | **2019** | **2020** |

PDX-003.22

# Dr. Rao's Claims Regarding Damages

**1** ~~Fails to account for Ingevity's patent infringement lawsuit~~

**2** Model is based on unsupported assumptions

**3** Assumes 100% probability of success by BASF

**4** Fails to account for changes in the automotive industry

DDX-3.14

Case 1:18-cv-01391-RGA   Document 620-4   Filed 03/12/24   Page 25 of 31 PageID #: 35194



# BASF's Unit Sales: Vehicle Sales Projections from LMC



# Dr. Rao's Claims Regarding Damages

**1** ~~Fails to account for Ingevity's patent infringement lawsuit~~

**2** ~~Model is based on unsupported assumptions~~

**3** Assumes 100% probability of success by BASF

**4** Fails to account for changes in the automotive industry

DDX-3.14

PDX-003.26

# Dr. Rao's Claims Regarding Damages

**1** ~~Fails to account for Ingevity's patent infringement lawsuit~~

**2** ~~Model is based on unsupported assumptions~~

**3** ~~Assumes 100% probability of success by BASF~~

**4** Fails to account for changes in the automotive industry

DDX-3.14

PDX-003.27

# Dr. Rao's Claims Regarding Damages

1. ~~Fails to account for Ingevity's patent infringement lawsuit~~

2. ~~Model is based on unsupported assumptions~~

3. ~~Assumes 100% probability of success by BASF~~

4. ~~Fails to account for changes in the automotive industry~~

PDX-003.29

# BASF's Lost Profits Damages

## Pricing Scenario #1 – BASF's expected prices

| Vehicles made by: | Lost Profits |
|---|---|
| Ford | $17,543,231 |
| GM | $18,167,529 |
| FCA | $6,289,538 |
| Honda | $3,894,855 |
| VW | $2,107,926 |
| **Total*** | **$47,842,057** |

## Pricing Scenario #2 – Minimum of BASF / Ingevity expected prices

| Vehicles made by: | Lost Profits |
|---|---|
| Ford | $15,806,694 |
| GM | $13,789,342 |
| FCA | $4,977,198 |
| Honda | $3,064,218 |
| VW | $1,718,775 |
| **Total*** | **$39,195,207** |

* After subtracting BASF's costs to expand production capacity

PX-0177

PDX-003.30