IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGEVITY CORPORATION and<br>INGEVITY SOUTH CAROLINA, LLC,<br><br>      Plaintiffs and Counter-Defendants,<br><br>      v.<br><br>BASF CORPORATION,<br><br>      Defendant and Counter-Plaintiff. | )<br>)<br>)<br>)<br>)  C.A. No. 18-1391-RGA<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION REGARDING LODGING OF DEMONSTRATIVES**

On March 12, 2024, Ingevity filed a "Notice of Multimedia Filing" and "Notice of Lodging Demonstratives from the Jury Trial." *See* D.I. 619, 620. BASF objected to these filings. After meeting and conferring regarding their respective positions, to avoid contested motion practice, the parties hereby stipulate to the following:

1. The parties agree that neither party will refer on appeal to any of the demonstratives that were previously lodged other than the following:

    a. Mathur Direct Demonstratives, Slides PDX-002.1–PDX-002.94, D.I. 620-3.

    b. Rockstraw Direct Demonstratives, Slides DDX-2.0–DDX-2.9 & DDX-2.11–DDX-2.14, D.I. 620-5.

    c. Rao Direct Demonstratives, Slides DDX-3.0–DDX-3.10, DDX-3.12, DDX-3.14, DDX-3.20–DDX-3.30, D.I. 620-6.

    d. Mathur Rebuttal Demonstratives, Slides PDX-003.1–PDX-003.30, D.I. 620-4.

2. The parties agree that these demonstratives are not substantive evidence and may be used only to explain the testimony of particular witnesses.

3. BASF does not concede that all of the lodged demonstratives were shown to the jury or are necessary to explain witness testimony. BASF reserves its right to object to any use of the demonstratives that it contends is improper.

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:
Jeffrey T. Thomas
Frank P. Coté
Blaine H. Evanson
Nathaniel R. Scharn
Brian Yang
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451-3800

Stuart M. Rosenberg
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
(650) 849-5300

Brian M. Buroker
Vladimir J. Semendyai
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

*/s/ Anthony D. Raucci*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:
Thomas J. Friel, Jr.
KING & SPALDING LLP
601 South California Avenue, Suite 100
Palo Alto, CA 94304
(650) 422-6700

James P. Brogan
Brian Eutermoser
Angela C. Tarasi
Mikaela Stone
KING & SPALDING LLP
1515 Wynkoop Street, Suite 800
Denver, CO 80202
(720) 535-2300

Paul Alessio Mezzina
Christopher C. Yook
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737-0500

*Attorneys for Defendant-Counterclaim Plaintiff*

Rod J. Stone
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 229-7256

Rustin K. Mangum
Spencer W. Ririe
MANGUM RIRIE LLP
999 Corporate Dr. #260
Ladera Ranch, CA 92694
(949) 298-5590

J. Wesley Earnhardt
Sharonmoyee Goswami
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eight Avenue
New York, NY 10019
(212) 474-1928

*Attorneys for Plaintiffs-Counterclaim Defendants*

April 17, 2024